**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Kevin Alexander** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: J. Murphy** |
| **BARRY THOMAS DEAN, JR.** | |
| **counsel: Bruce Eddy** | |
| **counsel:** | **Date: March 8, 2007** |
| | **CASE NO: 4:99CR00065-01-WRW** |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 1:40 p.m.**                                                                                                              **End: 1:55 p.m.**

**Court calls case and reviews to present; deft admits violations of petition; Court finds violation occurred; sentence imposed; 16 MONTHS BOP consecutive to current incarceration; residential substance abuse treatment during incarceration; No supervised release to follow.**

**Court in recess.**

CourthearingMinutes.wpd